```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00387
   PARRISH L ROBERSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3277


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/17/2006 and was confirmed 03/29/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 09/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
MIDAMERICA BANK          CURRENT MORTG   13748.42            .00         13748.42
MIDAMERICA BANK          MORTGAGE ARRE    2001.16            .00          2001.16
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED            .00              .00
BANK ONE                 UNSEC W/INTER  NOT FILED            .00              .00
CITIFINANCIAL            UNSEC W/INTER  NOT FILED            .00              .00
TIMOTHY K LIOU           DEBTOR ATTY     1,454.20                         1,454.20
TOM VAUGHN               TRUSTEE                                            950.22
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            18,154.00

PRIORITY                                        .00
SECURED                                   15,749.58
UNSECURED                                       .00
ADMINISTRATIVE                             1,454.20
TRUSTEE COMPENSATION                         950.22
DEBTOR REFUND                                   .00
                  --------------         --------------
TOTALS             18,154.00              18,154.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/04/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |